IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT
ATLANTA DIVISION

| | |
|---|---|
| VIOLET DAVIDSON, | Civil Action File No. |
| | 1:17-cv-01269-WSD |
| Plaintiff, | |
| v. | |
| WAL-MART STORES EAST, LP, | |
| Defendant. | |

## CONSENT ORDER OF DISMISSAL WITHOUT PREJUDICE

Comes now Plaintiff, and by consent of all parties, hereby dismisses her Complaint without Prejudice. The parties stipulate and agree that all subsequent re-filings of Plaintiff's Complaint shall be in the United States District Court, Northern District of Georgia, Atlanta Division only. Plaintiff understands that Defendant is consenting to a Dismissal Without Prejudice based upon Plaintiff's stipulation and agreement that the United States District Court, Northern District of Georgia, Atlanta Division will have exclusive jurisdiction over any re-filed Complaint. Plaintiff stipulates and agrees that she will do nothing in any re-filed action to divest the United States District Court, Northern District of Georgia, Atlanta Division of diversity jurisdiction, and that she will not name non-diverse parties in any re-filed

-2-

Complaint.

SO ORDERED this 5th day of January, 2018.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE

Consented to:

| PERROTTA & CAHN | MCLAIN & MERRITT, P.C. |
|---|---|
| /s/ Robert W. Lamb | /s/ Jennie E. Rogers |
| Robert W. Lamb | Jennie E. Rogers |
| Georgia Bar No. 631650 | Georgia Bar No. 612725 |
| Attorney for Plaintiff | Attorney for Defendant |
| 5 South Public Square | 3445 Peachtree Road, N.E., Suite 500 |
| Cartersville, GA 30120 | Atlanta, GA  30326-3240 |
| (770) 382-8900 | (404) 365-4576 |
| rlamb@perrottalaw.com | jrogers@mmatllaw.com |